UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

          v.

ASHRAF HASSAN-HAFEZ,

          Defendant,

    and

GELAN ABDRABO,

          Third-Party Claimant.
------------------------------------x

S2 16 CR. 221 (KPF)

Hon. Katherine Polk Failla (J.)

**FINAL ORDER**

**OF FORFEITURE**

WHEREAS, on or about January 6, 2021, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Preliminary Order") forfeiting all right, title and interest of the defendant Ashraf Hassan-Hafez in the following: 8845 19th Avenue, Brooklyn, New York 11214 recorded as Block 6465, Lot 94 in Kings County, City of Brooklyn, State of New York (the "Subject Property");

WHEREAS, on or about February 3, 2021, Gelan Abdrabo filed a Petition asserting an interest in the Subject Property (D.E. 276);

WHEREAS, on or about March 2, 2021, Wells Fargo Bank NA filed a Petition asserting an interest in the Subject Property as a result of its mortgage filed against the Subject Property (D.E. 290);

1

WHEREAS, the Government recognizes Wells Fargo Bank NA's interest in the Subject Property is superior to the Government's interest; and

WHEREAS, on or about August 15, 2022, the Court entered an Opinion and Order holding that, as a result of the forfeiture of the defendant's interest in the Subject Property, the Government and Gelan Abdrabo each own an undivided half interest in the Subject Property as tenants in common, with the Government owning a survivorship right in the Subject Property tied to Gelan Abdrabo's life, and with Gelan Abdrabo owning a survivorship right in the Subject Property tied to defendant Ashraf Hasan-Hafez's life.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to Gelan Abdrabo's life (the "Half Interest"), is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. An undivided half interest in the Subject Property as tenant in common, with a survivorship right in the Subject Property tied to defendant Ashraf Hassan-Hafez's life, is retained by Gelan Abdrabo.

3. The Government's and Gelan Abdrabo's interests in the Subject Property remain subject to the mortgage held by Wells Fargo Bank NA.

4. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Catherine Ghosh, Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York 10007.

SO ORDERED.

Dated:   October 18, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge