UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **VACATUR OF FINAL ORDER OF FORFEITURE** |
| -v.- | : | |
| ASHRAF HASAN- HAFEZ, | : | S2 16 Cr. 221 (KPF) |
| Defendant. | : | |

WHEREAS, on or about March 19, 2018, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (the "Preliminary Order of Forfeiture") and imposed the entry of a forfeiture money judgment in the amount of $1,297,000.00 in United States currency (the "Money Judgment") against ASHRAF HASAN- HAFEZ (the "Defendant") (D.E. 197);

WHEREAS, on or about January 6, 2021, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 268), ordering forfeiture to the United States, of all right, title and interest of the Defendant in, *inter alia*, the real property located at 8845 19th Street, Brooklyn, NY 11214 recorded as Block 6465, Lot 94, in Kings County, City of Brooklyn, State of New York (the "Subject Property");

WHEREAS, on or about February 3, 2021, the Defendant's wife, Galen Abdrabo ("Abdrabo"), filed a petition asserting an interest in the Subject Property (D.E. 276);

WHEREAS, on or about October 18, 2022, the Court entered a Final Order of Forfeiture (D.E. 317) forfeiting to the Government an undivided half interest in the Subject Property as a tenant in common, with survivorship right in the Subject Property tied to the life of Abdrabo;

WHEREAS, on or about June 10, 2026, the Court entered a Stipulation and Order (D.E. 324) (the "Stipulation") wherein Abdrabo agreed to make a payment of $385,000 (the "Payment") to the Government to be applied in partial satisfaction of the outstanding Money Judgment and the Government disclaimed all of its interest in the Subject Property and agreed to execute any documents necessary to convey clear title of the Subject Property to Abdrabo;

WHEREAS, in or about June 23, 2026, the Government received the Payment from Abdrabo which the Government applied in partial satisfaction of the Money Judgment;

WHEREAS, to convey clear title of the Subject Property to Abdrabo, the Final Order of Forfeiture must be vacated; and

WHEREAS, the Government requests the vacatur of the Final Order of Forfeiture;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Order of Forfeiture forfeiting to the Government an undivided half interest in the Subject Property as a tenant in common, with survivorship right in the Subject Property tied to the life of Galen Abdrabo is hereby vacated.

Dated: New York, New York
August 3, 2026

SO ORDERED:

Katherine Polk Failla

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK